**LODGED**

Counsel to submit amended order

The Honorable Philip H. Brandt
Chapter 11
Hearing Location: 700 Stewart St., Rm. 8106
Hearing Date: January 7, 2010
Hearing Time: 10:30 a.m.
Response Date: December 31, 2009

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re<br><br>ESM CONSULTING ENGINEERS, L.L.C.,<br>181 S. 333rd St., Bldg C, Suite 210<br>Federal Way, WA 98003<br><br>Debtor. | Case No. 09-20663-PHB<br><br>ORDER REJECTING and ASSUMING LEASES |

THIS MATTER came on for hearing on the motion (the "Motion") of ESM Consulting Engineers, L.L.C., (the "Debtor" or "ESM"), for an order pursuant to 11 U.S.C.§ 365(a) rejecting the lease of office space at 20021 120th Ave NE, Ste 103, Bothell, WA 98011 from S/I North Creek IV, LLC and the lease of office space at 33915 1st Way South, Suite 200, Federal Way, WA 98003 from ESM Building LLC, both as of October 13, 2009 ("Petition Date").

Having considered the records and files herein, including the Motion, the presentation of counsel (if any), and all other pleadings submitted in connection with the Motion, and finding that notice of the Motion was adequate under the circumstances, and that the proposed sales are in the best interest of the estate; it is hereby Ordered that:

1. **Rejection of Leases.** Debtor's former leases of office space at 20021 120th Ave NE, Ste 103, Bothell, WA 98011 from S/I North Creek IV, LLC and 33915 1st Way South, Suite 200, Federal

ORDER REJECTING and ASSUMING LEASES - 1
#731354 v1 / 43823-002

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Way, WA 98003 from ESM Building LLC are rejected as of the Petition Date pursuant to 11 U.S.C.§ 365.

2. **Claims Bar Date for Rejected Leases.** *That S/I North Creek IV, LLC and ESM Building LLC shall file any claims they may have against the Debtor for damages resulting from the rejection of their leases no later than 30 days from the latter of the date this matter was heard and the Court rendered its oral ruling, or the date this order is entered by the Court.*

3. **Assumption of Office Leases.** Debtor's leases for office space at 1010 S.E. Everett Mall Way, Suite 203, Everett, WA and at 181 S. 333rd St., Bldg C, Suite 210, Federal Way, WA 98003 are assumed pursuant to 11 U.S.C. § 365.

DATED this ____ day of January 2010.

_____
HONORABLE PHILIP H. BRANDT
United States Bankruptcy Judge

Presented by:

KARR TUTTLE CAMPBELL

By: _____
George S. Treperinas, WSBA #15434
Attorneys for Debtor-in-Possession,
ESM Consulting Engineers, L.L.C.

ORDER REJECTING and ASSUMING LEASES - 2
#731354 v1 / 43823-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 09-20663-PHB    Doc 120    Filed 01/07/10    Entered 01/07/10 16:45:18    Page 2 of 2